# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 9, 2025
Lyle W. Cayce
Clerk

No. 25-70011

Isidro Miguel Delacruz,

      *Petitioner—Appellee*,

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

      *Respondent—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:24-CV-13

_____

ORDER:

    IT IS ORDERED that Appellant's opposed emergency motion for a stay of district court's June 6, 2025 Order pending appeal is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT